**BRYNER**

v.

**DEPT. OF PUBLIC SAFETY**

20161086

Supreme Court of Utah.

04/03/2017

20150564, 382 P.3d 1078

Petition for Writ of Certiorari Denied.

**BRESEE**

v.

**BARTON**

20170007

Supreme Court of Utah.

04/03/2017

20140565, 387 P.3d 536

Petition for Writ of Certiorari Denied.

**NEW YORK AVE**

v.

**HARRISON**

20170019

Supreme Court of Utah.

04/03/2017

20140719, 391 P.3d 268

Petition for Writ of Certiorari Denied.

**RUSK**

v.

**HARSTAD**

20170121

Supreme Court of Utah.

04/06/2017

20161014

Petition for Writ of Certiorari Denied.